# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNATHAN PINNEY
ADC #173141                                                                    PETITIONER

CASE NO. 4:19-CV-679-BRW-BD

DEXTER PAYNE, Director,                                                         RESPONDENT
Arkansas Department of Correction

## ORDER

On September 27, 2019, Petitioner Jonathan Pinney filed a *pro se* petition for writ of habeas corpus. (Docket entry #2) Respondent Payne timely responded and argued that the petition should be dismissed based on Mr. Pinney's alleged failure to exhaust his state-court remedies. Director Payne attached to his response Mr. Pinney's sentencing order (#10-1), his notice of appeal to the Arkansas Court of Appeals (#10-2), and the trial court's order extending the time for filing the transcript of record to November 1, 2019. (#10-3)

Rather than dismiss the petition, the Court will stay the federal petition to allow Mr. Pinney an opportunity to exhaust his state remedies. A stay will allow Mr. Pinney to raise his federal constitutional claims in Arkansas's courts without running afoul of the federal one-year statute of limitations for filing a federal petition. A stay-and-abeyance is appropriate in this circumstance. See *Pace v. DiGuglielmo*, 544 U.S. 408, 416-17 (2005) (where a petitioner has good cause for confusion about state filings, has presented potentially meritorious claims, and has not engaged in intentionally dilatory tactics, a district court should stay rather than dismiss petition). A stay is the appropriate course

here, even though it appears that Mr. Pinney has presented only unexhausted claims. See *Heleva v. Brooks*, 581 F.3d 187, 191 (3d Cir. 2009) (noting that the Supreme Court in *Pace* sanctioned the use of the stay-and-abeyance procedure in a context outside that of mixed petitions).

Accordingly, Mr. Pinney's petition (#2) is STAYED and his pending motion for summary judgment (#9) is DENIED as moot. The Clerk of Court is directed to administratively terminate this case. Mr. Pinney will have 30 days from the conclusion of his state proceedings to file a motion to reopen this case. After the case is reopened, both parties will have the opportunity to amend their pleadings.

IT IS SO ORDERED, this 5th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE